PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Brunswick Jones #13070505
Plaintiff's Name and ID Number

Henderson County Jail
Place of Confinement

CASE NO. 618CV476 RWS-KNM
(Clerk will assign the number)

v.

Henderson County Sheriff's Office
Defendant's Name and Address

Officer Beddinfeild
Defendant's Name and Address

Botie Hillhouse
Defendant's Name and Address
( DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: N/A
      2. Parties to previous lawsuit:
         Plaintiff(s) N/A
         Defendant(s) N/A
      3. Court: (If federal, name the district; if state, name the county.) N/A
      4. Cause number: N/A
      5. Name of judge to whom case was assigned: N/A
      6. Disposition: (Was the case dismissed, appealed, still pending?) N/A
      7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: Henderson County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ___YES ___NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Brunswick L. Jones P.O. Box 2601 Athens, Texas 75751

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Henderson County Jail Sheriff's office 206, AN, Murchison st. Athens, Texas, 75751
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Officer Bedenfeild was working for the sheriff's office

Defendant #2: Officer Bedenfeild, 206 AN. Murchison st. Athens, Texas 75751
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Officer Bedenfeild is the reason for this suit.

Defendant #3: N/A
N/A
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

Defendant #4: N/A
N/A
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

Defendant #5: N/A
N/A
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

_See Attachment Sheets_

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_Due what I have lost, I request the Court's grant me the sum of (one million Dollars)_

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
   ~~———~~ _Bubba Jones_

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

   _____

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _N/A_
   2. Case number: _N/A_
   3. Approximate date sanctions were imposed: _N/A_
   4. Have the sanctions been lifted or otherwise satisfied? _N/A_ YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date warning was issued: N/A

Executed on: Sept 10-2018
               DATE

Brunswick Jones
Brunswick Jones
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___10___ day of __September__, 20 _18_.
            (Day)              (month)        (year)

Brunswick Jones
Brunswick Jones
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**




# Botie Hillhouse
SHERIFF, HENDERSON COUNTY
206-A N. MURCHISON
ATHENS, TEXAS 75751 * 903-675-5128

## HENDERSON COUNTY SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM

Request Sent to: Mrs Richerson

Inmate Name: Brunswick L Jones   SO # 13010505   Cell: C-1

State Your Request: Prisoner's Civil Rights Complaint. (Rev.05/2015) I have ~~received~~ ~~~~ the form from the United States District Court Eastern District of Texas 211 W. Ferguson St. Tyler Texas 75702 b. I need the dates. All the way back when Bedenfeild Arrested me at my house 10 on Johnthan St. so I can fill out these paper. I need Bedenfeild hold name I need All the paper work on this Lawsuit Cause Bedenfeild broke the Law he forged the judge signature on the search warrant thats fraud, Deception for Unlawful gain & him resigning is admission of guilt.

Inmate Signature: Brunswick Jones   Date: 8-26-18   Time: 10:10 P.M

Officer Accepting Request: Cook 2401   Date: ___   Time: ___

Action Taken on Request: You will need to file an open records request. Write the District Clerks Office 100 E Tyler St #203 Athens, TX 75751

Action Taken By: JL   Date: 8-27-18   Time: 830

I certify that I have received a copy of this request form indicating the action taken.

Inmate Signature: ___   Date: ___   Time: ___

Issue Tracking Number: 2018-0904




## Botie Hillhouse
SHERIFF, HENDERSON COUNTY
206-A N. MURCHISON
ATHENS, TEXAS 75751 * 903-675-5128

# HENDERSON COUNTY SHERIFF'S DEPARTMENT
# INMATE REQUEST FORM

Request Sent to: ~~[scratched out]~~ Forrest

Inmate Name: Brunswick Jones   SO #: 13090505   Cell: S-2

State Your Request: I need my book in sheet back around this time About A year Ago on the same charge I bond out two time od this charge the Arresting office was Bedenfeild

Inmate Signature: Brunswick Jones   Date: 8-27-2018   Time: 4:30 P.M.

Officer Accepting Request: [signature] 2398   Date: 08/27/8   Time: 1725

Action Taken on Request: You are still classified as a Maximum.

Action Taken By: J. Hocutt   Date: 08/28/18   Time: 08:17

I certify that I have received a copy of this request form indicating the action taken.

Inmate Signature: _____   Date: _____   Time: _____

Issue Tracking Number: 2018-09998




# Botie Hillhouse
### SHERIFF, HENDERSON COUNTY
### 206-A N. MURCHISON
### ATHENS, TEXAS 75751 * 903-675-5128

## Henderson County Sheriff's Office
## Detention Division

### "Official Grievance Form"

**Inmate Name:** Brunswick L Jones

**Date:** 8-30-2018  **Time:** 10:18 P.M  **Location:** S-1

This form is provided to the inmate for the filing of Official grievances with the Henderson County Sheriff's Office.

The following violations are examples of the acts that may constitute an "Official Grievance":

1. Violation of Civil Rights.
2. Criminal Act.
3. Unjust Denial of Inmate Privilege
4. Prohibited Act by Staff Member.

This form shall only be used to file "Official Grievances" as described above. Any other request or complaint must be submitted on an "Inmate Request Form".

When completed, place the form into the accompanying envelope and seal. All grievance forms shall be forwarded to the Jail Administrator.

An appropriate written response to this grievance will be returned within fifteen days.

**Fully state your grievance:**

In Violation of my Civil Right Officer Bedenfeild committed criminal act which is a prohibited act by a staff member by coming to my residents and presenting a forged government dowment (Search warrant) and conducting an illegal search and seizure/ by doing this illeged act it put me in positon to have to bail out of jail which has now led to a bail forfeture which I should have never had to bail out on in the first place/ I am requesting that a full investigation be conducted by the Henderson County Sherriff's Office to clean up my name and situation- I am asking for an immediate response to this inquiry Thank you

**Inmate Signature:** Brunswick Jones  **Date/Time:** 8-30-2018 10:18 P.M

 

# Botie Hillhouse
SHERIFF, HENDERSON COUNTY
206-A N. MURCHISON
ATHENS, TEXAS 75751 * 903-675-5128

The charges that you are in jail for now and the one you wrote about in your grievance are two different charges. You will need to contact your attorney regarding your current charges.



## Botie Hillhouse
SHERIFF, HENDERSON COUNTY
206-A N. MURCHISON
ATHENS, TEXAS 75751 * 903-675-5128

# HENDERSON COUNTY SHERIFF'S DEPARTMENT
# INMATE REQUEST FORM

Request Sent to: **Cpl Forrest**

Inmate Name: **Brunswick L Jones**   SO # **1307050**   Cell: **S-1**

State Your Request: Cpl, on 12/17/16 I was arrested here in Henderson County by Officer Beddingfield of the Henderson County Sherriffs department for "possesion of a controlled substance" - I am in the process of filing an 11.07 Writ of Habeous Corpus but to affectively pursue it I need Officer Beddingfields complete name your cooperation is greatly appreciated.

Inmate Signature: **Brunswick Jones**   Date: **9-1-2018**   Time: **12:30 PM**

Officer Accepting Request: **Dunlap 2399**   Date: _____   Time: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Action Taken on Request: Your attorney can request that information. I will not give out an officers full name.

Action Taken By: _____   Date: **090318**   Time: **1028**

I certify that I have received a copy of this request form indicating the action taken.

Inmate Signature: _____   Date: _____   Time: _____

Issue Tracking Number: **2018-10138**

```
                            HENDERSON COUNTY JAIL
              ======================================================
                            Resident Account Summary
                        Monday, August 27, 2018  @11:10
              ======================================================
 For SO#: 13070505    JONES, BRUNZWICK LAKEITH
--------------------------------------------------------------------------------
  Date    Transaction Description               Amount   Balance   Owed   Held   Reference
--------------------------------------------------------------------------------
08/27/2018 EPR         OID:100124006-ComisaryPur  -25.20    6.82   0.00   0.00   08/27/2018
08/20/2018 SECUREDEPOS 40969412 RAY CRYSTAL       32.00   32.02   0.00   0.00   08/20/2018
08/20/2018 EPR         OID:100123770-ComisaryPur  -18.46    0.02   0.00   0.00   08/20/2018
08/16/2018 SECUREDEPOS 47358078 ROCKMORE TRIA     17.00   18.48   0.00   0.00   08/16/2018
08/06/2018 EPR         OID:100123385-ComisaryPur  -10.00    1.48   0.00   0.00   08/06/2018
08/04/2018 SECUREDEPOS 44873191 RAY CRYSTAL        7.00   11.48   0.00   0.00   08/04/2018
07/30/2018 EPR         OID:100123107-ComisaryPur  -14.29    4.48   0.00   0.00   07/30/2018
07/23/2018 EPR         OID:100122889-ComisaryPur  -32.10   18.77   0.00   0.00   07/23/2018
07/20/2018 SECUREDEPOS 37414975 BATES PAULINE     47.00   50.87   0.00   0.00   07/20/2018
07/16/2018 EPR         OID:100122656-ComisaryPur   -8.65    3.87   0.00   0.00   07/16/2018
07/10/2018 SECUREDEPOS 30854854 RAY CRYSTAL        7.00   12.52   0.00   0.00   07/10/2018
07/02/2018 EPR         OID:100122220-ComisaryPur  -44.15    5.52   0.00   0.00   07/02/2018
06/30/2018 SECUREDEPOS 39029151 RAY CRYSTAL       47.00   49.67   0.00   0.00   06/30/2018
06/25/2018 EPR         OID:100122108-ComisaryPur  -38.68    2.67   0.00   0.00   06/25/2018
06/18/2018 EPR         OID:100121862-ComisaryPur  -29.93   41.35   0.00   0.00   06/18/2018
06/11/2018 EPR         OID:100121581-ComisaryPur  -78.72   71.28   0.00   0.00   06/11/2018
06/08/2018 DEPCA1      INITIAL DEPOSIT           150.00  150.00   0.00   0.00   06/08/2018
05/15/2017 REL CHECK   RELEASE OR CLOSEOUT TRANS -22.76    0.00   0.00   0.00   05/15/2017
05/14/2017 SECUREDEPOS 7773012 JONES GEORGE       22.00   22.76   0.00   0.00   05/14/2017
05/08/2017 EPR         OID:100108660-ComisaryPur  -49.94    0.76   0.00   0.00   05/08/2017
05/05/2017 SECUREDEPOS 914774 holder nolanda      50.00   50.70   0.00   0.00   05/05/2017
05/01/2017 EPR         OID:100108479-ComisaryPur -122.35    0.70   0.00   0.00   05/01/2017
04/25/2017 SECUREDEPOS 3320911 holder nolanda    100.00  123.05   0.00   0.00   04/25/2017
04/25/2017 SECUREDEPOS 4447954 KISER GENIQUA      22.00   23.05   0.00   0.00   04/25/2017
03/13/2017 EPR         OID:100107437-ComisaryPur  -26.01    1.05   0.00   0.00   03/13/2017
03/05/2017 SECUREDEPOS 6898714 JONES BRUNESWICK    7.00   27.06   0.00   0.00   03/05/2017
03/01/2017 DEPCA1      INITIAL DEPOSIT            20.06   20.06   0.00   0.00   03/01/2017
01/18/2017 DEBIT CARD  RELEASE OR CLOSEOUT TRANS -144.11    0.00   0.00   0.00   01/18/2017
01/09/2017 EPR         OID:100105876-ComisaryPur  -20.00  144.11   0.00   0.00   01/09/2017
01/04/2017 SECUREDEPOS 25920762 DEWBERRY UNSHELL  22.00  164.11   0.00   0.00   01/04/2017
01/03/2017 EPR         OID:100105716-ComisaryPur  -32.83  142.11   0.00   0.00   01/03/2017
12/27/2016 DEPCA1      INITIAL DEPOSIT           174.94  174.94   0.00   0.00   12/27/2016
12/19/2015 DEBIT CARD  RELEASE OR CLOSEOUT TRANS  -0.02    0.00   0.00   0.00   12/19/2015
12/19/2015 WARRANTFEE  PAID FINE(GRIFFITH,KISHON -466.00    0.02   0.00   0.00   12/19/2015
12/19/2015 DEPCA1      JONES,BRUNZWICK/HCCL2/201 190.05  466.02   0.00   0.00   12/19/2015
12/19/2015 DEPCA1      INITIAL DEPOSIT           275.97  275.97   0.00   0.00   12/19/2015
08/26/2013 REL CHECK   RELEASE OR CLOSEOUT TRANS -13.93    0.00   0.00   0.00   08/26/2013
07/29/2013 EPR         OID:100076522-ComisaryPur   -4.60   13.93   0.00   0.00   07/29/2013
07/22/2013 EPR         OID:100076294-ComisaryPur   -8.47   18.53   0.00   0.00   07/22/2013
07/16/2013 SECUREDEPOS 20126137401420012l3 GEORG  27.00   27.00   0.00   0.00   07/16/2013
07/05/2013 DEPCA1      INITIAL DEPOSIT             0.00    0.00   0.00   0.00   07/05/2013
```

# Residential Lease

Clause 1. Identification of Landlord and Tenant

Brian Zwick Jones

Shirley Bow

Clause 2. Identification of Premises

Subject to the terms and conditions in this Agreement, Landlord rents to Tenant, and Tenant rents from Landlord, for residential purposes only, the premises located at 6726 1509

Athens TX 75751

Rental of the premises also includes: (2) A/C, ice Box, Stove

Clause 3. Limits on Use and Occupancy

Crystal grathern

Clause 4. Term of the Tenancy

The term of the rental will begin on 1-3-16

If Tenant vacates before the term ends, Tenant will be liable for the balance of the rent for the remainder of

Clause 5. Payment of Rent.

Regular monthly rent

Tenant will pay to Landlord a monthly rent of $325.00

be paid to Shirley & Bobby

such other place as Landlord designates

Delivery of Payment.

Rent will be paid:

Bobby

Form of payment.

**Prorated first month's rent:**
For the period from Tenant's move-in date, _350_, through the end of the month, Tenant will pay to Landlord the prorated monthly rent of $ _350.00_. This amount will be paid on or before the date the Tenant moves in.

[text partially obscured] _____, plus $_____ for each additional day that the rent re-[mains unpaid]. [Late charge] will not exceed $_____. Landlord does not waive the right to insist on payment of the rent in full on the date it is due.

### Clause 7. Returned Check and Other Bank Charges
If any check offered by Tenant to Landlord in payment of rent or any other amount due under this Agreement is returned for lack of sufficient funds, a "stop payment," or any other reason, Tenant will pay Landlord a returned check charge of $ _25.00_.

### Clause 8. Security Deposits
On signing this Agreement, Tenant will pay to Landlord the sum of $ _0_ as a security deposit. Tenant may not, without Landlord's prior written consent, apply this security deposit to the last month's rent or to any other sum due under this Agreement. Within _15 day_ after Tenant has vacated the premises, returned keys, and provided Landlord with a forwarding address, Landlord will give Tenant an itemized written statement of the reasons for, and the dollar amount of, any of the security deposit retained by Landlord, along with a check for any deposit balance.

### Clause 9. Utilities
Tenant will pay all utility charges, except for the following, which will be paid by Landlord:
_Water/Bill_
_____

### Clause 10. Assignment and Subletting
Tenant will not sublet any part of the premises or assign this Agreement without the prior written consent of Landlord.

### Clause 11. Tenant's Maintenance Responsibilities
Tenant will: (1) keep the premises clean, sanitary, and in good condition and, upon termination of the tenancy, return the premises to Landlord in a condition identical to that which existed when Tenant took occupancy, except for ordinary wear and tear; (2) immediately notify Landlord of any defects or dangerous conditions in and about the premises of which Tenant becomes aware; and (3) reimburse Landlord, on demand by Landlord, for the cost of any repairs to the premises damaged by Tenant or Tenant's guests or business invitees through misuse or neglect.
Tenant has examined the premises, including appliances, fixtures, carpets, drapes, and paint, and has found them to be in good, safe, and clean condition and repair, except as noted in the Landlord-Tenant Checklist.

### Clause 12. Repairs and Alterations by Tenant
a. Except as provided by law, or as authorized by the prior written consent of Landlord, Tenant will not make any repairs or alterations to the premises, including nailing holes in the walls or painting the rental unit.
b. Tenant will not, without Landlord's prior written consent, alter, rekey, or install any locks to the premises or install or alter any burglar alarm system. Tenant will provide Landlord with a key or keys capable of unlocking all such rekeyed or new locks as well as instructions on how to disarm any altered or new burglar alarm system.

### Clause 13. Violating Laws and Causing Disturbances
Tenant is entitled to quiet enjoyment of the premises. Tenant and guests or invitees will not use the premises or adja[cent]

cent areas in such a way as to: (1) violate any law or ordinance, including laws prohibiting the use, possession, c of illegal drugs; (2) commit waste (severe property damage); or (3) create a nuisance by annoying, disturbing, in veniencing, or interfering with the quiet enjoyment and peace and quiet of any other tenant or nearby resident.

**Clause 14. Pets**

~~No~~ animal, bird, or other pet will be kept on the premises, even temporarily, except properly trained service a needed by blind, deaf, or disabled persons and ~~dogs~~, ~~cat~~ _____ under the following cond: Dog Small

**Clause 15. Landlord's Right to Access**

Landlord or Landlord's agents may enter the premises in the event of an emergency, to make repairs or improven or to show the premises to prospective buyers or tenants. Landlord may also enter the premises to conduct an ann inspection to check for safety or maintenance problems. Except in cases of emergency, Tenant's abandonment of premises, court order, or where it is impractical to do so, Landlord shall give Tenant ~~_____~~ notice before entering. ~~_____~~

**Clause 16. Extended Absences by Tenant**

Tenant will notify Landlord in advance if Tenant will be away from the premises for _____ or more consecu days. During such absence, Landlord may enter the premises at times reasonably necessary to maintain the proper and inspect for needed repairs.

**Clause 17. Possession of the Premises**

a. *Tenant's failure to take possession.*
   If, after signing this Agreement, Tenant fails to take possession of the premises, Tenant will still be responsible for paying rent and complying with all other terms of this Agreement.

b. *Landlord's failure to deliver possession.*
   If Landlord is unable to deliver possession of the premises to Tenant for any reason not within Landlord's control, including, but not limited to, partial or complete destruction of the premises, Tenant will have the right to terminate this Agreement upon proper notice as required by law. In such event, Landlord's liabili Tenant will be limited to the return of all sums previously paid by Tenant to Landlord.

**Clause 18. Tenant Rules and Regulations**

☐ Tenants acknowledge receipt of, and have read a copy of, tenant rules and regulations, which are labeled Attachment A and attached to and incorporated into this Agreement by this reference.

**Clause 19. Payment of Court Costs and Attorney Fees in a Lawsuit**

In any action or legal proceeding to enforce any part of this Agreement, the prevailing party ☐ shall not / ☐ shall recover reasonable attorney fees and court costs.

**Clause 20. Disclosures**

Tenant acknowledges that Landlord has made the following disclosures regarding the premises:

☐ Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards
☐ Other disclosures:

The Landlord, any person managing the premises, and anyone designated by the Landlord are authorized to acc service of process and receive other notices and demands, which may be delivered to:

- [x] The Landlord, at the following address: _Shirley Poe_
- [x] The manager, at the following address: _Betty W_
- [ ] The following person, at the following address: _Judd Jerson_

## Clause 22. Additional Provisions

Additional provisions are as follows:

_____
_____
_____
_____

## Clause 23. Validity of Each Part

If any portion of this Agreement is held to be invalid, its invalidity will not affect the validity or enforceability of other provision of this Agreement.

## Clause 24. Grounds for Termination of Tenancy

The failure of Tenant or Tenant's guests or invitees to comply with any term of this Agreement, or the misrepresentation of any material fact on Tenant's rental application, is grounds for termination of the tenancy, with appropriate notice to Tenant and procedures as required by law.

## Clause 25. Entire Agreement

This document constitutes the entire Agreement between the parties, and no promises or representations, other than those contained here and those implied by law, have been made by Landlord or Tenant. Any modifications to this Agreement must be in writing signed by Landlord and Tenant.

_01-3-16_  _Shirley Poe_  _Owner_
Date        Landlord or Landlord's Agent        Title

_5742 FM 2494_
Address

_Athens_   _TX_   _75751_   _(9/12) 529.5 Ruth_
City       State  Zip Code  Phone

_1-3-16_
Date       Tenant                              Phone

_1-3-16_
Date       Tenant                              Phone

_____
Date       Tenant                              Phone

Brunswick Jones #1307050S
P.O. Box 2601
Athens, Tx 75751

U.S. District Court, Eastern
District of Texas   Room #106
211 W. Ferguson Street
Tyler, Tx 75702